UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 1 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

### PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

**Greg Allen Mello**            **Docket No. 04-CR-5356 AWI**

**COMES NOW** Lydia J. Serrano, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Greg Allen Mello, who was placed on bond by the Honorable Lawrence J. O'Neill, sitting in the Court at Fresno, on the 10 day of December, 2004, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** False Entries in Records of Federal Investigations & Proceedings; Conspiracy to Make False Statements to a Government Agency; False Statements to a Government Agency; Conspiracy to Make False Entries in Records of Federal Investigations & Proceedings

**BOND CONDITIONS:** Please see attached

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 3, 2006, Mr. Mello pled guilty, in San Bernardino County Superior Court, to California Vehicle Code 23152(B), a misdemeanor, offense date April 18, 2006, in violation of the standard release condition the defendant shall not commit any offenses in violation of federal, state, or local law while on release in this case.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on this court's calendar on May 17, 2006, at 10:30 am, and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 10, 2006.

Respectfully submitted,

LYDIA J. SERRANO
Pretrial Services Officer

### ORDER

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

✓ The Court hereby orders this matter placed on ~~this court's calendar on~~ Duly May tube date May 17, 2006, at 10:30 (am/~~pm~~) and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this 10th day of May, 2006, and ordered filed and made a part of the records in the above case.

Anthony W. Ishii, U.S. District Judge

rev. 1/93

**MELLO, Greg          ADDITIONAL CONDITIONS OF RELEASE**
Docket No.  04-5356 AWI

You are released on your own recognizance;

You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

Your travel is restricted to the contiguous United States, unless otherwise approved in advance by the Pretrial Services Officer;

You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.