ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare 2300, Suite 230
Fresno, California 93721
Telephone: (209) 237-6000

Attorney of Defendant, GREG MELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREG MELLO,<br><br>    Defendant. | CASE:  04-5356 AWI<br><br>**STIPULATION AND ORDER<br>TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for June 5, 2006, be continued until June 12, 2006 at a.m. in the above-entitled court.

Any Formal Objections to be filed on behalf of defendant must be submitted to the court by June 5, 2006.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  May 30, 2006                /s/ Marlon Cobar
                                    MARLON COBAR
                                    Assistant United States Attorney
                                    This was agreed to by Mr. Cobar
                                    via telephone, on May 25, 2006

1

|   |   |
|---|---|
| DATED:  May 30, 2006 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>GREG MELLO |

**ORDER**

IT IS SO ORDERED.

**Dated:    May 31, 2006**              /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE