ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare 2300, Suite 230
Fresno, California 93721
Telephone: (209) 237-6000

Attorney of Defendant, GREG MELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE: 04-5356 AWI |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **TO CONTINUE SENTENCING** |
| ) | |
| GREG MELLO, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for June 12, 2006, be continued until July 17, 2006 at a.m. in the above-entitled court.

Any Formal Objections to be filed on behalf of defendant must be submitted to the court by June 19, 2006. Government's opposition to defendant's formal objections must be submitted to the court by July 5, 2006.

This continuance is necessitated to allow defense counsel additional time to complete formal objections. Further, Mr. Mello has been referred for personal counseling through the auspices of pretrial services; information garnered from the therapist should be considered by defense counsel before submitting formal objections.

///
///

| | |
|---|---|
| DATED:  June 7, 2006 | /s/ Marlon Cobar<br>MARLON COBAR<br>Assistant United States Attorney<br>This was agreed to by Mr. Cobar<br>via telephone, on June 7, 2006 |
| DATED: June 7, 2006 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>GREG MELLO |

ORDER

IT IS SO ORDERED.

**Dated:   June 8, 2006**          /s/ **Anthony W. Ishii**
0m8i78                      UNITED STATES DISTRICT JUDGE

2