ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare 2300, Suite 230
Fresno, California 93721
Telephone: (209) 237-6000

Attorney of Defendant, GREG MELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREG MELLO,<br><br>    Defendant. | CASE: 04-5356 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for July 17, 2006, be continued until July 31, 2006 at a.m. in the above-entitled court.

Any Formal Objections to be filed on behalf of defendant must be submitted to the court by July 10, 2006. Government's opposition to defendant's formal objections must be submitted to the court by July 14, 2006.

This continuance is needed to accommodate the vacation schedules of counsel while permitting each attorney sufficient time to appropriately address legal and factual issues pertaining to Mr. Mello's sentencing.

DATED: June 15, 2006        /s/ Marlon Cobar
                                        MARLON COBAR
                                        Assistant United States Attorney
                                        This was agreed to by Mr. Cobar
                                        via telephone, on June 15, 2006

| | |
|---|---|
| DATED: June 15, 2006 | /s/ Roger K. Litman |
| | ROGER K. LITMAN |
| | Attorney for Defendant |
| | GREG MELLO |

ORDER

IT IS SO ORDERED.

**Dated:   June 16, 2006**          **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE

2