ROGER K.  LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare 2300, Suite 230
Fresno, California 93721
Telephone: (209) 237-6000

Attorney of Defendant, GREG MELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE:  04-5356 AWI |
|     Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE SENTENCING** |
| | ) | |
| GREG MELLO, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for July 31, 2006, be continued until August 28, 2006 at a.m. in the above-entitled court.

    Any Formal Objections to be filed on behalf of defendant must be submitted to the court by July 24, 2006.  Government's opposition to defendant's formal objections must be submitted to the court by August 11, 2006.

    This continuance is needed to accommodate the vacation schedules of counsel while permitting each attorney sufficient time to appropriately address legal and factual issues pertaining to Mr. Mello's sentencing.

DATED:  July 11, 2006       /s/ Marlon Cobar_____
                            MARLON COBAR
                            Assistant United States Attorney
                            This was agreed to by Mr. Cobar
                            via telephone, on July 11, 2006

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: July 11, 2006

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
GREG MELLO

**ORDER**

IT IS SO ORDERED.

**Dated:    July 13, 2006**

/s/ Anthony W. Ishii

0m8i78

UNITED STATES DISTRICT JUDGE

2